IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

SCOTTY WAYNE RIDDLE                                         PLAINTIFF
ADC #154068

v.                           1:13-cv-98-DPM

JOHN ALLEN WILLIAMSON, JR. and
LAWANDA WILLIAMSON                                         DEFENDANTS

ORDER

The Court finds that the interests of justice would be best served by transferring this case. The alleged events occurred in the Western District of Arkansas, so venue is proper there. 28 U.S.C. § 1406(a). The Court directs the Clerk to transfer Riddle's entire case file to the Western District of Arkansas. The transfer should be immediate; there is no need to wait a reasonable time. *Compare In re Nine Mile Limited*, 673 F.2d 242, 243 (8th Cir. 1982) (*per curiam*).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 January 2014