IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

SCOTTY WAYNE RIDDLE                                                                                      PLAINTIFF

v.                                         Case No. 2:14-CV-02009

JOHN ALLEN WILLIAMSON, JR.; and
LAWANDA WILLIAMSON                                                                                    DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations (Doc. 9) from Chief United States Magistrate Judge James R. Marschewski.  No objections have been filed, and the deadline for filing objections has passed.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the findings contained in the report and recommendation are sound and without clear error.  The Court therefore ADOPTS the report WITH THE EXCEPTION that the Court does not adopt the recommendation that a § 1915(g) strike flag be placed on the case, since the case is being dismissed for lack of jurisdiction.

Accordingly, for the reasons stated in the Magistrate's report and recommendation,  IT IS ORDERED that Plaintiff's Complaint be DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

IT IS FURTHER ORDERED that all pending motions are DENIED AS MOOT.

Judgment will be entered accordingly.

IT IS SO ORDERED this 20th day of March, 2014.

/s/P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE